```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REUBEN L. SANDS,

                        Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.

No. 08 Civ. 892 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

By letter dated April 24, 2008, defendant requests an extension of time from April 28, 2008 to June 27, 2008 to file an answer or to move with respect to the complaint in the above-entitled action.

IT IS HEREBY ORDERED that defendant's request is GRANTED.

SO ORDERED.

DATED:    New York, New York
             April 28, 2008

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE