MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN C. BRANAGAN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel: (212) 637-2804
Fax: (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
REUBEN L. SANDS, JR.,              :
                                   :
                Plaintiff,         :
                                   :
        - v. -                     :    STIPULATION AND ORDER
                                   :         OF REMAND
MICHAEL J. ASTRUE,                 :    08 Civ. 0892 (RJS)
Commissioner of                    :
Social Security,                   :
                                   :
                Defendant.         :
                                   :
- - - - - - - - - - - - - - - - - x

       IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff pro se, that this action be, and hereby is, remanded to the Commissioner

of Social Security, pursuant to sentence six of 42 U.S.C. § 405(g), for further administrative proceedings.

Dated: New York, New York
       June 20, 2008

                                    *[signature]*
                                    REUBEN L. SANDS, JR.
                                    Plaintiff Pro Se
                                    390 West 9th Avenue
                                    New York, New York 10001
                                    Telephone No: (917) 216-8782

                                    MICHAEL J. GARCIA
                                    United States Attorney for the
                                    Southern District of New York
                                    Attorney for Defendant

                               By:  *[signature]*
                                    SUSAN C. BRANAGAN
                                    Assistant United States Attorney
                                    86 Chambers Street, 3rd Floor
                                    New York, New York  10007
                                    Telephone No.: (212) 637-2804
                                    Susan.Branagan@usdoj.gov

SO ORDERED:

*[signature]*
United States District Judge
6/27/08